# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

ANTHONY P. SEIJAS, Partner
aseijas@cgajlaw.com

Reply to: Oakland Office

April 17, 2025

**Via ECF**
Honorable Tonianne J. Bongiovanni, USMJ
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & US Courthouse
402 East State Street
Trenton, New Jersey 08608

    **Re:  Thomas H. Acerra, Jr. v. City of Asbury Park, et als.
             Civil Action No. 3:19-cv-19933-MAS-TJB**

Your Honor:

I have spoken with the client and they expect to have the Release sent out to Plaintiff by April 18, 2025.

Thanking you for your attention to this matter.

Respectfully submitted,

*/s/ Anthony P. Seijas*

Anthony P. Seijas
cc: Thomas J. Mallon, Esq.

**Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601**
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 201 644-7601
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com