**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
Attorneys at Law
169 Ramapo Valley Road
Upper Level - Suite 105
Oakland, New Jersey 07436
Telephone: (973)845-6700
Facsimile: (201)644 7601
Anthony P. Seijas, Esq.
aseijas@cgajlaw.com
Attorneys for Defendants, City of Asbury Park, Police Officers Richard Thomas, Thomas Dowling, Luke Vasta, Sam Griffeth and Deputy Chief of Police, Davie Kelso

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS H. ACERRA, JR.,<br>Plaintiff<br>vs.<br>CITY OF ASBURY PARK; RICHARD THOMAS; THOMAS DOWLING, LUKE VASTA, SAM GRIFFETH, JOHN DOES 1-5 (fictitious individuals), members of the City of Asbury Park Police Department; DAVID KELSO, Chief of Police; JOHN DOES 6-10 (fictitious individuals), Personnel of the City of Asbury Park Police Department in supervisory capacities;<br>Defendants. | Civil Action No. 3:19-cv-19933-MAS-TJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed pursuant to R.41(a)(1)(ii) that the above action is hereby dismissed without the award of costs, attorney's fees and expenses with prejudice as to Defendants, City of Asbury Park, Police Officers Richard Thomas, Thomas Dowling, Luke Vasta, Sam Griffeth and Deputy

Chief of Police David Kelso (improperly plead as Chief of Police).

Dated: 4-22-25

By: ______________________
Thomas Mallon, Esq.
Attorneys for Plaintiff

Dated: 4/25/25

By: ______________________
Anthony P. Seijas, Esq.
Attorneys for Defendants

It is so ordered this 16th
day of September, 2025.

GEORGETTE CASTNER, U.S.D.J.